# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132937

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT FITZGERALD PORTIS,
      Defendant-Appellant.

SC: 132937
COA: 264831
Wayne CC: 05-004637-01

_____/

On order of the Court, the application for leave to appeal the December 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

p0416